IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Michael E. Pinilla, as Guardian ad Litem ) | Civil Action Number: 3:14-cv-00094-CMC |
| Of E. V.-P., a minor                    ) | |
|                                          ) | |
|       Plaintiff, ) | |
|                                          ) | |
| vs.                                      ) | |
|                                          ) | |
|                                          ) | |
| Oluseyi K. Ogunleye, M.D. and Eau Claire ) | |
| Cooperative Health Center d/b/a Waverly  ) | |
| Women's Health Care,                     ) | |
|                                          ) | |
|       Defendants. ) | |

## CONSENT MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through the undersigned counsel, upon Motion from the Defendant, hereby consents to and requests an Order from this Court dismissing this action **without prejudice**, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

                            GRAHAM LAW FIRM, P.A.

                          By: s/Edward L. Graham_____
                              Edward L. Graham (Fed. ID 2415)
                              Post Office Box 550
                              Florence, SC 29503
                              (843) 662-3281

February 3, 2014